UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

KEVIN WILLIAMS,

        Plaintiff,

CASE NO. 1:06-CV-619

v

HON. JANET T. NEFF

KENT COUNTY SHERIFF'S
DEPARTMENT et al.,

        Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the Opinion of the Court.

THEREFORE, IT IS ORDERED that:

Defendants' Motion for Summary Judgment (Dkt 75) be **GRANTED** in part and **DENIED** in part. Said motion is **GRANTED** with regard to defendant Kent County Sheriff's Department and is **DENIED** in all other respects.

Plaintiff's motion for leave to amend his complaint is **DENIED.**

Date: October 25, 2007

        /s/ Janet T. Neff
        JANET T. NEFF
        United States District Judge